# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5205** **September Term, 2026**

**1:26-cv-01081-TNM**

**Filed On: October 29, 2026** **[2200968]**


Smart Approaches to Marijuana, et al.,

Appellants

North Carolinians Against Legalizing Marijuana, et al.,

Appellees

v.

Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, et al.,

Appellees

**O R D E R**

Upon consideration of appellees' consent motion for a 21-day extension of time to file the response brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | November 25, 2026 |
| Appellants' Reply Brief | December 16, 2026 |
| Deferred Appendix | December 23, 2026 |
| Final Briefs | January 6, 2027 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk